**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BILLY CHARLES AARON
ADC #110649**                                                                                              **PLAINTIFF**

v.                                         5:09-cv-00118-BSM-JJV

**GRANT HARRIS, Warden, Varner Unit, Arkansas
Department of Correction; THOMAS W. HURST,
Asst. Warden, Varner Unit, Arkansas Department of
Correction; GARY L. NALLS, Sgt., Delta Regional
Unit, Arkansas Department of Correction; CHRIS
COODY, Hearing Officer, Central Office,
Arkansas Department of Correction; RAY HOBBS,
Director, Arkansas Department of Correction; JOHN
WHALEY, III, Deputy Warden, Varner Unit,
Arkansas Department of Correction; REVONNA
WALKER, Classification Officer, Varner Unit,
Arkansas Department of Correction; and LARRY B.
NORRIS, Director, Arkansas Department of Correction**                                **DEFENDANTS**

**JUDGMENT**

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 1st day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE